# EXHIBIT A

| DISP# | PATIENT INITALS | CARRIER | DATE WON | PROVIDER | AMOUNT | PAID |
|---|---|---|---|---|---|---|
| DISP-82875 | M.B. | UHC | 11/22/2022 | GEORGE | $58,900.00 | |
| DISP-101336 | M. B. | UHC | 12/9/2022 | GEORGE | $40,300.00 | |
| DISP-114942 | G.A. | UHC | 12/29/2022 | GEORGE | $434.00 | |
| DISP-96427 | G. A. | UHC | 12/5/2022 | GEORGE | $31,000.00 | |
| DISP-95982 | A. D. | UMR | 12/1/2022 | RAK | $33,860.00 | |
| DISP-167997 | E. B. | UMR | 2/2/2023 | BROWN | $40,000.00 | |
| DISP-168039 | E.B. | UMR | 2/2/2023 | BROWN | $25,000.00 | |
| DISP-168083 | E. B. | UMR | 2/2/2023 | BROWN | $33,000.00 | |