AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

NEUROLOGICAL SURGERY PRACTICE OF LONG ISLAND, PLLC

*Plaintiff(s)*

v.

Civil Action No. 1:23-cv-3007

UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK, INC., OXFORD HEALTH PLANS (NY), INC. UNITEDHEALTHCARE INSURANCE COMPANY; and UNITED MEDICAL RESOURCES, INC.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK, INC.
One Penn Plaza, 8th Floor
New York, New York 10119

OXFORD HEALTH PLANS (NY), INC.
48 Monroe Turnpike
Trumbull, CT 06611

UNITEDHEALTHCARE INSURANCE COMPANY
185 Asylum St,
Hartford, Connecticut 06103

UNITED MEDICAL RESOURCES, INC.
115 W Wausau Avenue
Wausau, Wisconsin 54401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: April 21, 2023

*Signature of Clerk or Deputy Clerk*