UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEUROLOGICAL SURGERY PRACTICE OF LONG ISLAND, PLLC,<br>Plaintiff,<br><br>-against-<br><br>UNITED HEALTHCARE INSURANCE COMPANY OF NEW YORK, INC., OXFORD HEALTH PLANS (NY), INC., UNITEDHEALTHCARE INSURANCE COMPANY, and UNITED MEDICAL RESOURCES, INC.<br><br>Defendants. | Case No. 23-cv-3007-NRM-PK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for all parties, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed, with prejudice, and without costs or attorneys' fees to any party.

Dated: February 16, 2024

HARRIS BEACH PLLC

By: ________________________
Roy M. Breitenbach, Esq.
333 Earle Ovington Blvd., Suite 901
Uniondale, NY 11553
Telephone: (516) 880-8378
Facsimile: (516) 880-8483

*Attorneys for Plaintiff*

ROBINSON & COLE LLP

By: ________________________
Patrick W. Begos.
666 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 451-2900
Facsimile: (212) 451-2999

*Attorneys for Defendants*